1  ALAN SUNMIN YEE, SBN 91444
   SONYA Z. MEHTA, SBN 294411
2  SARA BELADI, SBN 348987
   SIEGEL, YEE, BRUNNER & MEHTA
3  475 14th Street, Suite 500
4  Oakland, California 94612
   Telephone: (510) 839-1200
5  Facsimile: (510) 444-6698

6
   Attorneys for Plaintiff
7  JACK ARNE FRIEDMAN

8

9              UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | JACK ARNE FRIEDMAN,                | Case No. 4:23-cv-05036-JSW
12 |                                     |
   |          Plaintiff,                 | **JOINT REQUEST TO CONTINUE**
13 |                                     | **SETTLEMENT CONFERENCE**
   | v.                                  |
14 |                                     | Hon. Jeffrey S. White
   | BROOKE JENKINS, District Attorney,  |
15 | City and County of San Francisco; and| Settlement Judge: Hon. Lisa J. Cisneros
16 | CITY AND COUNTY OF SAN              |
   | FRANCISCO,                          | Action Filed: October 2, 2023
17 |                                     | Trial Date: September 29, 2025
18 |          Defendants.                |

---

*Friedman v. Brooke Jenkins, et al.*, Case No. 4:23-cv-05036-JSW
Joint Request to Continue Settlement Conference —1

1    On July 2, 2025, Plaintiff's lead counsel Dan Siegel passed away.

2    Due to this, Sonya Z. Mehta is now lead counsel and the case deadlines have been
3    moved. The parties agree that because the dates have been moved, it will not be
4    productive or successful to have a settlement conference on the current date.

5    The parties Plaintiff Jack Arne Friedman and defendants Brooke Jenkins and the
6    City and County of San Francisco thus jointly request to continue the settlement
7    conference that was set for August 15, 2025, be continued to January 14, 16, or 21.

**IT IS SO STIPULATED.**

Dated: July 23, 2025

By:  /s/Sonya Mehta

Sonya Mehta
Siegel, Yee, Brunner & Mehta
Attorneys for Plaintiff

By:  /s/ Amy Pizzo Frenzen

Amy Pizzo Frenzen
Adam Michael Shapiro
Office of the City Attorney David Chiu
Attorneys for Defendants

Date: July 28, 2025



*Friedman v. Brooke Jenkins, et al.*, Case No. 4:23-cv-05036-JSW
Joint Request to Continue Settlement Conference —2