UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
EUREKA DIVISION

JACK ARNE FRIEDMAN,

    Plaintiff,

v.

BROOKE JENKINS, et al.,

    Defendants.

Case No. 23-cv-05036-JSW (RMI)

**ORDER ON DISCOVERY LETTER BRIEF**

Re: Dkt. No. 77

    Before the court is a joint discovery letter brief wherein Defendant City and County of San Francisco seeks an order:

> requiring that Plaintiff: (1) respond to questions in deposition regarding the source of each of the documents identified in the City's September 12, 2025 letter, (2) respond to questions in deposition regarding his conversations with witnesses identified in his initial and supplemental disclosures, particularly as to those witnesses the City suspects may have provided Plaintiff with the privileged and confidential documents at issue, (3) identify all City-owned data in his possession, including physical documents and electronically stored information, documents, and emails, which were misappropriated by Plaintiff or by third parties during the course of their City employment, (4) destroy or return all physical copies and electronically stored City-owned data that remain in his possession, and (5) confirm destruction or return of the City-owned data in Plaintiff's possession.

Dkt. 77 at 4. Plaintiff indicates that he agrees as to numbers (1) and (2) but that "[a]s to the third through fifth items, [. . .] 'City-owned' and 'misappropriated' are vague and ambiguous terms. Plaintiff cannot determine what these words mean and would require more specific definitions from the City." *Id.*

    Accordingly, it is ORDERED that the parties are to meet and confer in a good faith effort to resolve the remaining issues and file a joint status report by October 30, 2025. The court would also note that it appears that the remaining issues should be resolved amongst the parties without further court intervention.

    **IT IS SO ORDERED.**

Dated: October 24, 2025

ROBERT M. ILLMAN
United States Magistrate Judge