UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JACK ARNE FRIEDMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BROOKE JENKINS, et al.,<br><br>　　　　　Defendants. | Case No.  23-cv-05036-JSW   (RMI)<br><br>**ORDER ON DICOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 97 |

　　　　The Court has reviewed the Joint Letter Brief, relevant legal authority, and the record in this case, and finds the matter suitable for resolution without further briefing or a hearing. *See* Civ. L.R. 7-1(b). Plaintiff's Request to Compel Plaintiff's Request for Production of Documents No. 15 is GRANTED. Plaintiff has sufficiently shown the documents' relevance to his claims and defenses and his need for such outweigh the City's objections. Furthermore, the documents may be produced subject to the protective order, assuaging the City's confidentiality concerns.

　　　　**IT IS SO ORDERED.**

Dated: December 9, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT M. ILLMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge