DAVID CHIU, State Bar #189542
City Attorney
CECILIA T. MANGOBA, State Bar #169007
Chief Labor Attorney
AMY P. FRENZEN, State Bar #245368
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3885
E-Mail:        amy.frenzen@sfcityatty.org


Attorneys for Defendants
BROOKE JENKINS, District Attorney, City
and County of San Francisco; and CITY AND
COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ARNE FRIEDMAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>BROOKE JENKINS, District Attorney, City and County of San Francisco; and CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendants. | Case No. 4:23-cv-05036-JSW<br><br>**STIPULATION AND ORDER REGARDING SETTLEMENT CONFERENCE ATTENDANCE**<br><br>Judge:  Hon. Jeffrey S. White<br><br>Settlement Judge:    Hon. Lisa J. Cisneros<br>Settlement Conf:     April 10, 2026<br>Time:                10:00 a.m.<br>Location:            San Francisco, Courtroom G<br><br>Date Action Filed:   October 2, 2023<br>Trial Date:          Not Set<br><br>*[Exempt From Filing Fees<br>Government Code §6103]* |

Stipulation and Order re Settle. Conf. Attendance          1
*Friedman v. Jenkins, et al. Case No. 4:23-cv-05036-JSW*

**STIPULATION AND ORDER**

WHEREAS, Plaintiff Jack Arne Friedman and Defendants District Attorney Brooke Jenkins and the City and County of San Francisco are scheduled for a mandatory settlement conference with Judge Lisa J. Cisneros on April 10, 2026;

WHEREAS, Defendants filed a summary judgment motion on June 16, 2025, and that motion is still pending with no hearing date or trial date on calendar;

WHEREAS, the parties submitted a joint stipulation to the Court on March 24, 2026 to continue the settlement conference so the parties had the benefit of the summary judgement order before engaging in settlement discussions;

WHEREAS, the Court denied the parties' stipulated request to continue the settlement conference on March 24, 2026;

WHEREAS, lead defense counsel Deputy City Attorney Amy Frenzen is out of town for family reasons on April 10, 2026 and second chair Deputy City Attorney Adam Shapiro is available to attend in person;

WHEREAS, District Attorney Jenkins seeks permission from the Court to attend the settlement conference remotely the morning of April 10, 2026 and excused from attendance in the afternoon so she can attend to prescheduled commitments while being available by phone as needed; and

WHEREAS, the parties are informed and believe that District Attorney Jenkins' limited remote attendance will not prevent meaningful settlement discussions or resolution of the case.

THEREFORE, the parties hereby jointly request the following:

1.      That lead trial counsel Deputy City Attorney Amy Frenzen be excused from appearing or permitted to appear remotely at the April 10, 2026 settlement conference with Deputy City Attorney Adam Shapiro appearing in person with a representative from the District Attorney's Office; and

2.      That District Attorney Jenkins be permitted to appear remotely at the settlement conference in the morning, and excused from attendance in the afternoon while remaining available by phone if needed.

**IT IS SO STIPULATED.**

Dated:  March 26, 2026

DAVID CHIU
City Attorney
CECILIA T. MANGOBA
Chief Labor Attorney
AMY P. FRENZEN
Deputy City Attorney


By: */s/ Amy P. Frenzen*
    AMY P. FRENZEN

Attorneys for Defendants BROOKE JENKINS; AND
CITY AND COUNTY OF SAN FRANCISCO

Dated:  March 26, 2026

ALAN SUNMIN YEE
SONYA Z. MEHTA
SIEGEL, YEE, BRUNNER & MEHTA


By: */s/ Sonya Z. Mehta*
    SONYA Z. MEHTA

Attorneys for Plaintiff

Stipulation and  Order re Settle. Conf. Attendance          3
*Friedman v. Jenkins, et al. Case No. 4:23-cv-05036-JSW*

**ORDER**

Based on the parties' stipulated request and proposed order, the Court orders as follows:

1.      Lead trial counsel Deputy City Attorney Amy Frenzen is excused from appearing at the April 10, 2026 settlement conference in person. Deputy City Attorney Adam Shapiro will appear in person with a representative from the District Attorney's Office; and

2.      District Attorney Jenkins is permitted to appear remotely at the settlement conference in the morning, and excused from attendance in the afternoon while remaining available by phone if needed.


**IT IS SO ORDERED.**


Dated: __March 26, 2026__                                   _____

LISA J. CISNEROS
Magistrate Judge

Stipulation and Order re Settle. Conf. Attendance          4
*Friedman v. Jenkins, et al. Case No. 4:23-cv-05036-JSW*